IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:

DAVID KEITH ROLAND
OHIO ATTY. REG. NO. 0037125
RESPONDENT

CASE NO.: 2:16-MC-050
CHIEF JUDGE EDMUND A. SARGUS, JR.

## ORDER

IT IS ORDERED by this court sua sponte, that respondent is found in contempt for failure to file an affidavit showing compliance with the Court's *Order of Suspension*, (ECF No. 3).

IT IS FURTHER ORDERED that the Clerk shall cause a copy of this order to be published to this court's official website.

IT IS SO ORDERED.

\_\_1-9-2017\_\_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO